**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**
**Filed Electronically**

| | |
|---|---|
| KIMETTA SUBLETT )<br><br>        **Plaintiff** )<br>**v.** )<br>        )<br>        )<br>**MASONIC HOMES OF** )<br>**KENTUCKY, INC.** )<br>        )<br>        )<br>        **Defendant** )<br>        )<br>_____ ) | 3:19-cv-708-GNS<br>**Civil Action No.**<br>**Removed from Jefferson Circuit Court**<br>**Civil Action No. 19-CI-005646** |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on October 2, 2019, Defendant, Masonic Homes of Kentucky, Inc. filed this Notice of Removal pursuant to 28 U.S.C. § 1446(a), in the office of the Clerk of the United States District Court for the Western District of Kentucky at Louisville.  Defendant, by its undersigned counsel, shows:

1.	Plaintiff brought an action against Defendant in the Jefferson Circuit Court, Jefferson County, Kentucky, by filing a Complaint and issuing Summons on September 13, 2015.  True copies of the Complaint and Summons served on Defendant are attached as Exhibit A.  No other process, order, or pleading in this action has been received to date by Defendant.

2.	The Complaint and Summons were served on Defendant on or about September 14, 2019.

3.      The Court has original jurisdiction of this action under 28 U. S. C. § 1331, in that it is a civil action arising under the Constitution, laws or treaties of the United States.

The Complaint alleges that Plaintiff was discriminated against based on the Kentucky Civil Rights Act, KRS Chapter 344, and the Americans with Disabilities Act, 42 U.S.C. § 12101, a federal act.

This matter is removable to this Court pursuant to 28 U.S.C. § 1441.

4.      This Notice of Removal is made and filed within thirty (30) days of receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which this action is based, as provided by 28 U.S.C. § 1446(b).

PLEASE TAKE FURTHER NOTICE that Defendant, upon filing this Notice of Removal with the Clerk of the United States District Court for the Jefferson District of Kentucky, has also filed copies of this Notice of Removal with the Clerk of the Jefferson Circuit Court, to effect removal of this action to this Court, pursuant to 28 U.S.C. § 1446(d).

Respectfully submitted,

FROST BROWN TODD LLC


/s/ C. Laurence Woods III
C. Laurence Woods III
Zachary Hoyt
400 W. Market St., 32nd Floor
Louisville, KY  40202-3363
Telephone: (502) 589-5400
lwoods@fbtlaw.com
zhoyt@fbtlaw.com
*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on 2nd day of October, 2019, I electronically filed the Notice of Removal with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Anna C. Beilman
Robyn Smith
John S. Friend
Robert W. "Joe" Bishop
6520 Glenridge Park Place
Suite 6
Louisville, KY 40222

/s/ C. Laurence Woods III
*Counsel for Defendant*

0114569.0665187   4832-9040-0936v1